IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EDDIE BARSH,

      Petitioner,

-vs-

JAMES N. CROSS, *warden*,

      Respondent.           No. 11-cv-475-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order signed by this Court on July 16, 2013, the Petition for Writ of Habeas Corpus is **DISMISSED** with prejudice.

DATED: July 16, 2013

                      NANCY J. ROSENSTENGEL,
                      CLERK OF COURT

                      BY: *s/Sara Jennings*
                             Deputy Clerk

Digitally signed by David R. Herndon
Date: 2013.07.16 16:53:39 -05'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT